UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

SARA ROBERSON,

    Plaintiff,

v.

TATE & KIRLIN ASSOCIATES, INC.,
et al,

    Defendants.                             No. 14-cv-1000-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Plaintiff's Motion to Dismiss.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on March 2, 2015 (Doc. 9) granting plaintiff's Motion to Dismiss, this case is **DISMISSED** with prejudice as to all parties.

                                      JUSTINE FLANAGAN,
                                      ACTING CLERK OF COURT

                                      BY:   /s/*Caitlin Fischer*
                                               **Deputy Clerk**

Dated: March 2, 2015

Digitally signed by
David R. Herndon
Date: 2015.03.02
14:43:04 -06'00'

APPROVED:
        U.S. DISTRICT JUDGE
        U. S. DISTRICT COURT